**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**JOSEPH CHALIFOUX,**

**Plaintiff,**

**v.** **Case No.: 5:26-cv-00293-CEM-PRL**

**CRYSTAL CHALIFOUX, PAULA MAYNARD, PAULA GAMACHE, KIMBERLY RICOTELLI,**

**Defendants,**
**_________________________________/**

**ORDER**

This case presents certain challenges because there has been a state court no-contact order in place preventing Defendants from communicating with Plaintiff. The Court is operating under the belief that this no-contact order remains in place. The parties shall promptly advise the Court if and when it has been lifted.

In addition, Defendant Crystal Chalifoux is incarcerated in Western Massachusetts and the other Defendants are residents of Massachusetts. Defendants have filed motions to dismiss raising *inter alia* challenges to this Court's personal jurisdiction over them. However, on August 17, 2026, Plaintiff filed an Amended Complaint (Doc. 53), which he was permitted to do as a matter of course under Rule 15(a) of the Federal Rules of Civil Procedure. The filing of the amended pleading rendered the following motions moot:

1. Plaintiff's motion to strike Crystal Chalifoux's answer (Doc. 9)
2. Crystal Chalifoux's motion to dismiss the complaint (Doc. 20)
3. Kimberly Ricotelli's motion to dismiss (Doc. 40)
4. Paula Gamache's motion to dismiss (Doc. 43)

5. Paula Maynard's motion to dismiss (Doc. 45)

Accordingly, on or before **September 8, 2026**, Defendants shall file their responses to Plaintiff's Amended Complaint.

Defendant Crystal Chalifoux has also filed a motion seeking clarification as to service of pleadings on Plaintiff given the no-contact order. (Doc. 50). Defendant's motion (Doc. 50) is **granted** to the extent that each party shall serve on the opposing party (or parties) copies of all pleadings filed in this case regardless of the no-contact order. However, unless and until the no-contact order is lifted, the parties shall be excused of their obligation to confer with the opposing party under Local Rule 3.01(g). Accordingly, Defendants' motions to file motions without Rule 3.01(g) conferral (Docs. 39, 42, 44) are due to be **granted.**

After responses to the Amended Complaint are filed, the Court will issue a Case Management and Scheduling Order setting an appropriate schedule. The parties shall not file any further case management reports. The parties are reminded that they are not authorized to engage in discovery until a scheduling order has been issued. Defendant Crystal Chalifoux's motion to object to Plaintiff's discovery requests (Doc. 46) is **granted** to the extent that she is not required to respond to Plaintiff's First Request for Admissions, Plaintiff's Second Request for Admissions, Plaintiff's First Request for Production, and Plaintiff's First Set of Interrogatories at this time.

DONE and ORDERED in Ocala, Florida on August 19, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

c Counsel of Record

Unrepresented Parties