**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**JOSEPH CHALIFOUX,**

**Plaintiff,**

**v.** **Case No.: 5:26-cv-00293-CEM-PRL**

**CRYSTAL CHALIFOUX, PAULA MAYNARD, PAULA GAMACHE, KIMBERLY RICOTELLI,**

**Defendants,**
**_________________________________/**

**ORDER**

This matter is before the Court on the motion of Defendant Paula Gamache to seal an exhibit previously filed in support of her renewed motion to dismiss. (Doc. 80). As filed, the exhibit improperly identifies two minor children by their full names rather than by initials as required by Rule 5.2(a)(3), Fed.R.Civ.P. Moreover, the document, which is a Florida Department of Children and Families Child Safety Plan, is treated as confidential under Florida law. *See* Fla. Stat. § 39.202(1). Accordingly, Defendant asks the Court to restrict public access to the previously filed exhibit and to grant her leave to file a substitute exhibit that redacts the minor children's names to initials and any other information independently confidential under Florida law.

While the Eleventh Circuit recognizes a "presumptive common law right to inspect and copy judicial records," *United States v. Rosenthal*, 763 F.2d 1291, 1292–93 (11th Cir. 1985), a party may overcome the public's right to access by demonstrating good cause. *Romero v. Drummond Co., Inc.*, 480 F.3d 1234, 1246 (11th Cir. 2007). Here, Defendant has shown the requisite good cause to seal Exhibit A to her renewed motion to dismiss. (Doc. 71 at 23-24).

Accordingly, Defendant Paula Gamache's motion to seal (Doc. 80) is **granted**. The Clerk shall remove Exhibit A to Paula Gamache's renewed motion –Doc. 71 at 23-24. Within **fourteen days** of this Order, Defendant Paula Gamache shall file a version of Exhibit A redacting the minor's names with initials and any other information independently confidential under Florida law.

DONE and ORDERED in Ocala, Florida on September 22, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Party